UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOSEPH MUMMA,

    Petitioner,

v.                                           No. 2:14-cv-02326

SUPERINTENDENT KENNETH CAMERON
and THE ATTORNEY GENERAL OF
THE STATE OF PENNSYLVANIA,

    Respondents.
_____

## **ORDER**

**AND NOW**, this 18th day of September, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Mumma's objections, ECF No. 19, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 17, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**; and

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

                                                                  BY THE COURT:

                                                                  */s/ Joseph F. Leeson, Jr.*_____
                                                                  JOSEPH F. LEESON, JR.
                                                                  United States District Judge